James Rush Cowper, appellee, v. F. W. Holliday, appellant. Gen. No. 7,042.

Bill for equitable relief. Special demurrer overruled, election to stand by demurrer, appeal prayed, granted and perfected. Appeal from the Circuit Court of Knox county; the Hon. Walter C. Frank, Judge, presiding. Heard in this court at the October term, 1921. Appeal dismissed. Opinion filed February 23, 1922.

Leo P. Baird, for appellant. Marsh & Rice and Jerry A. Harn, for appellee.

Mr. Presiding Justice Dibell delivered the opinion of the court.